# EXHIBIT "1"





Home | The Rankings | The Brands | Submit a Ranking | FAQ

Custom Search

## Rankings per brand

Home | Brand overview | BMW | RSS | Follow | Tweet | Vind ik leuk 600 | Delen

### BMW



| | | |
|---|---|---|
| **GBIN** | : | 1232157023 |
| RTB Score | : | 9 points in 2019 |
| Website | : | www.bmw.com |
| Country of Origin | : | Germany |
| Industry | : | Automotive |
| Social Media | : | LinkedIn |

**Keep me posted on new BMW Rankings**

E-mail address

Create alert

**OTHER BRANDS WITHIN THIS INDUSTRY**





SHOW MORE

| Rankings where listed | Year | Position |
|---|---|---|
| BrandFinance Global 500 (100)<br>By Brand Finance | 2019 | 29 |
| The 50 Most Innova ive Companies<br>By BCG ,The Boston Consulting Group | 2019 | 27 |
| World's Most Admired Companies<br>By Fortune | 2019 | 29 |
| Best Business Brands - Europe<br>By Das Deutsche Markenranking | 2018 | 3 |
| Best Global Brands<br>By Interbrand | 2018 | 13 |
| Best Global Websites<br>By Byte Level Research | 2018 | 18 |
| BrandFinance Global 500 (100)<br>By Brand Finance | 2018 | 17 |
| BrandZ Top 100 Most Valuable Global Brands<br>By Millward Brown | 2018 | 47 |
| Official Top Consumer Superbrands<br>By The Centre for Brand Analysis | 2018 | 10 |
| The 50 Most Innova ive Companies<br>By BCG ,The Boston Consulting Group | 2018 | 36 |
| The Gartner Supply Chain Top 25<br>By Gartner | 2018 | 25 |
| The World's Most Valuable Brands<br>By Forbes | 2018 | 20 |
| The World's Top 50 Most Attractive Employers<br>By Universum | 2018 | 17 |

**SyncForce Ranking The Brands Top 100 Positions**

| | |
|---|---|
| 2019 | 95 |
| 2018 | 37 |
| 2017 | 19 |
| 2016 | 6 |
| 2015 | 9 |
| 2014 | 11 |
| 2013 | 10 |
| 2012 | 9 |
| 2011 | 9 |
| 2010 | 11 |
| 2009 | 9 |
| 2008 | 10 |
| 2007 | 6 |

| Top 100 Brands for Millennials<br>By Moosylvania | 2018 | 95 |
| --- | --- | --- |
| Top Loved German Brands<br>By NetBase | 2018 | 7 |
| World's Most Admired Companies<br>By Fortune | 2018 | 19 |
| 100-top Most Powerful Brands<br>By Tenet Partners, CoreBrand | 2017 | 22 |
| Best German Business Brands International<br>By Das Deutsche Markenranking | 2017 | 1 |
| Best Global Brands<br>By Interbrand | 2017 | 13 |
| Brand Finance German Top 50<br>By Brand Finance | 2017 | 1 |
| BrandFinance Global 500 (100)<br>By Brand Finance | 2017 | 17 |
| BrandZ Top 100 Most Valuable Global Brands<br>By Millward Brown | 2017 | 35 |
| Canadian Manufacturer Website Evaluation Study<br>By J.D. Power and Associates | 2017 | 22 |
| Global Brand Simplicity Index<br>By Siegel plus Gale | 2017 | 79 |
| Global Top 100 Brand Corporations<br>By European Brand Institute - Vienna | 2017 | 57 |
| Prospect Satisfaction Index (PSI)<br>By Pied Piper | 2017 | 11 |
| The Gartner Supply Chain Top 25<br>By Gartner | 2017 | 22 |
| The World's Most Valuable Brands<br>By Forbes | 2017 | 21 |
| Top 100 Brand LoveList<br>By NetBase | 2017 | 31 |
| Top 50 European Love List<br>By NetBase | 2017 | 4 |
| Top 50 Prophet Brand Relevance Germany<br>By Prophet | 2017 | 21 |
| U.S. Sales Satisfaction Index Ranking<br>By J.D. Power and Associates | 2017 | 7 |
| World's Most Admired Companies<br>By Fortune | 2017 | 21 |
| 100-top Most Powerful Brands<br>By Tenet Partners, CoreBrand | 2016 | 20 |
| Automotive Brands Ranked by Digital IQ Score<br>By L2 ThinkTank | 2016 | 7 |

**All BMW Group brands**

BMW
Designworks USA
MINI
Rolls Royce Motor Cars

| | | |
|---|---|---|
| Automotive Performance, Execution and Layout study<br>By J.D. Power and Associates | 2016 | 2 |
| Best Business Brands - Europe<br>By Das Deutsche Markenranking | 2016 | 2 |
| Best Global Brands<br>By Interbrand | 2016 | 11 |
| Best Global Websites<br>By Byte Level Research | 2016 | 14 |
| Brand Finance German Top 50<br>By Brand Finance | 2016 | 1 |
| BrandFinance Global 500 (100)<br>By Brand Finance | 2016 | 16 |
| BrandZ Top 100 Most Valuable Global Brands<br>By Millward Brown | 2016 | 33 |
| Canadian Manufacturer Website Evaluation Study<br>By J.D. Power and Associates | 2016 | 30 |
| Customer Service Index Ranking Luxury Brands<br>By J.D. Power and Associates | 2016 | 9 |
| Davis Brand Capital 25<br>By Davis Brand Capital | 2016 | 12 |
| Fortune Global 500 (100)<br>By Fortune | 2016 | 51 |
| Global 100 Most Sustainable Corporations<br>By Corporate Knights | 2016 | 1 |
| Global CR RepTrak 100<br>By Reputation Institute | 2016 | 4 |
| Global Top 100 Brand Corporations<br>By European Brand Institute - Vienna | 2016 | 49 |
| NetBase Luxury Brands<br>By NetBase | 2016 | 22 |
| Prospect Satisfaction Index (PSI)<br>By Pied Piper | 2016 | 6 |
| The 50 Most Innova ive Companies<br>By BCG ,The Boston Consulting Group | 2016 | 14 |
| The Authentic 100 Index<br>By Cohn & Wolf | 2016 | 2 |
| The Automotive Social Index<br>By Brandwatch | 2016 | 14 |
| The Fit For Purpose Index Top 100<br>By Radley Yeldar | 2016 | 68 |
| The Gartner Supply Chain Top 25<br>By Gartner | 2016 | 24 |

| | | |
|---|---|---|
| The Most Valuable European Brands<br>By Brand Finance | 2016 | 1 |
| The World's Most Valuable Brands<br>By Forbes | 2016 | 14 |
| Top 100 Brand LoveList<br>By NetBase | 2016 | 24 |
| Top 100 Brands for Millennials<br>By Moosylvania | 2016 | 37 |
| Top 50 Prophet Brand Relevance China<br>By Prophet | 2016 | 19 |
| Top 50 Prophet Brand Relevance Germany<br>By Prophet | 2016 | 49 |
| U.S. Sales Satisfac ion Index Ranking<br>By J.D. Power and Associates | 2016 | 4 |
| World's Most Admired Companies<br>By Fortune | 2016 | 18 |
| 100-top Most Powerful Brands<br>By Tenet Partners, CoreBrand | 2015 | 21 |
| Automotive Performance, Execution and Layout study<br>By J.D. Power and Associates | 2015 | 3 |
| Best German Brands<br>By Interbrand | 2015 | 2 |
| Best Global Brands<br>By Interbrand | 2015 | 11 |
| Brand Finance German Top 50<br>By Brand Finance | 2015 | 1 |
| BrandFinance Global 500 (100)<br>By Brand Finance | 2015 | 15 |
| BrandZ Top 100 Most Valuable Global Brands<br>By Millward Brown | 2015 | 34 |
| Canadian Manufacturer Website Evaluation Study<br>By J.D. Power and Associates | 2015 | 24 |
| Customer Service Index Ranking Luxury Brands<br>By J.D. Power and Associates | 2015 | 8 |
| Davis Brand Capital 25<br>By Davis Brand Capital | 2015 | 8 |
| Fortune Global 500 (100)<br>By Fortune | 2015 | 56 |
| Global Brand Simplicity Index<br>By Siegel plus Gale | 2015 | 65 |
| Global CR RepTrak 100<br>By Reputation Institute | 2015 | 2 |
| Official Top Consumer Superbrands<br>By The Centre for Brand Analysis | 2015 | 17 |