# EXHIBIT "2"

| Mark | Reg. No. Reg. Date | Goods and Services |
|---|---|---|
| BMW | 0611710 9-6-1955 | Automobiles, motorcycles in Class 12 |
| BMW | 1164922 9-22-1981 | Repair and maintenance services for motor vehicles and motor vehicle engines in Class 37<br><br>Retail motor vehicle and motor vehicle engine dealership services in Class 42 |
| BMW | 1627241 12-11-1990 | Clothing, namely shirts, tee shirts, polo shirts, sweat shirts, sweaters, blouses, pullovers, vests, unknitted jackets, anoraks, cardigans, pants, ties, caps, scarves, gloves, leather wind resistant jackets, leather jackets, leather suits, rain suits, boots in Class 25 |
| BMW | 2816178 2-24-2004 | Antifreeze in Class 1<br><br>Paints, namely, paint for use in the manufacture of automobiles in Class 2<br><br>Cleaning preparations for use in the automotive field; polish, namely chrome, automobile polish; car care products, namely, interior cleaner, wheel cleaner, car shampoo, leather care, rubber care and car wax in Class 3<br><br>Engine lubricants; engine oils; gear oils in Class 4<br><br>First aid kits in Class 5<br><br>Metal key rings in Class 6<br><br>Vehicle parts, namely engine covers in Class 7<br><br>Hand tools, namely, scrapers in Class 8<br><br>Compact disc players; global positioning systems consisting primarily of computers, computer software, transmitters, receivers and network interface devices; sunglasses; tire pressure gauges; compact disc cases; compact disc carrying cases in Class 9<br><br>Lights for vehicles in Class 10<br><br>Valve stem caps; anti-theft alarm systems; bicycles; cargo carriers for vehicles; tire kits for vehicles containing tire pressure monitor and tire sealant; roof rack storage containers for land vehicles; license plate frames; seat covers for vehicles; sunshades for |

| Mark | Reg. No. Reg. Date | Goods and Services |
|---|---|---|
| | | vehicles; trailer hitch kits; fitted covers for vehicles; racks for vehicles, namely, ski racks and bicycle racks; motorcycle saddlebags; fitted car covers in Class 12<br><br>Watches; clocks in Class 14<br><br>Pens in Class 16<br><br>Backpacks; briefcases; business card cases; carry-all bags; duffel bags; leather pouches; luggage boxes for vehicles; travel bags; umbrellas; wallets made of leather in Class 18<br><br>Non-metal key rings in Class 20<br><br>Mugs in Class 21<br><br>Protective liners for the cargo area of vehicles; tie down straps in Class 22<br><br>Towels in Class 24<br><br>Suits; ties; headwear; wind resistant jackets in Class 25<br><br>Floor mats for vehicles in Class 27<br><br>Golf bags; golf balls; toy motorcycles; miniature toy vehicles; protective athletic equipment, namely, kidney guards in Class 28 |
| BMW | 3436270<br>5-27-2008 | Leasing services for motor vehicles; retail and wholesale financing services for motor vehicles; credit card services; online personal banking; online customer banking services for credit card, loan, finance and lease accounts; online credit applications and evaluations for credit card, loan, finance and lease accounts, namely, evaluation of credit worthiness of companies and private individuals; loan services; secured and unsecured commercial financing; insurance administration and brokerage in the field of motor vehicle in Class 36 |
| BMW | 4408160<br>9-24-2013 | Car rental in Class 39 |
| BMW | 5289891<br>9-19-2017 | Apparatus for recording, transmission and reproduction of data; data processing apparatus; data processors; data processing computers in motor vehicles; computer hardware; central processing units (CPU); computer peripherals; computer mice, |

| Mark | Reg. No. Reg. Date | Goods and Services |
|---|---|---|
| | | mouse pads, blank USB flash drives; USB cables; USB charging ports for use in vehicles; USB dongles being wireless network adapters for USB multimedia connectivity; CD players; CD cases; DVD players; DVD machines; DVD cases; DVD systems comprising DVD players, tablet computers, video monitors, audio speakers, headphones, cables, and tablet or video monitor holders; audio and video recordings featuring images of or information about vehicles; cases for mobile phones; computer cases; laptop computer cases; tablet computer cases; vehicle cameras; vehicle rear view cameras; vehicle surround view camera systems comprising vehicle cameras, vehicle sensors for distance control and vehicle display monitors; thermal image cameras; headphones; loudspeakers; radios; audio speakers for vehicles; wireless transmitters and receivers; wireless speakers; solar-powered battery chargers; audio electronic components, namely, surround sound systems; entertainment systems comprising color screens and DVD drive, touch controllers and screens for installation in a vehicle for operation of vehicle functions; car navigation computers; computer software allowing users to search and determine the location of objects, people, places and points of interests on digital maps; computer software providing navigation and map information in the form of digital maps; pre-recorded CDs and DVDs featuring map updates for global positioning navigation systems; downloadable software consisting of map updates for global positioning navigation systems; interactive game software; electronic data files featuring computer model versions of vehicles; computer-aided design (CAD) software for creating, viewing or reproducing data files of three-dimensional virtual models of vehicles; machine-readable computer programs for use in the reproduction of vehicle designs; computer-aided design (CAD) models of vehicles in the form of electronic data recorded on computer media; computer software for creating, viewing or reproducing 3D models of vehicles; software for use in monitoring, operating and control of vehicles; vehicle on-board computer hardware, software and monitors for automotive application for use in reading driver-relevant data, namely, traffic and weather conditions, travel destination information, and parking information, as well as in providing safety and convenience information, namely, information about route planning assistance, emergency roadside assistance, emergency call functions, stolen vehicle recovery assistance, remote door unlock assistance, operator-assisted calls and concierge services; vehicle on-board computer hardware, software and monitors for automotive |

| Mark | Reg. No. Reg. Date | Goods and Services |
|---|---|---|
| | | application for use in operating and controlling entertainment systems, communication systems, internet access and navigation; computer application software for route planning and driver assistance, for use on mobile phones, portable media players, handheld computers and in automobiles; computer software in the nature of a mobile software application for use in remotely locating the location of a vehicle, for operating and controlling motor vehicle entertainment systems, communication systems, navigation systems, cooling and heating systems, and locking and unlocking systems, for accessing customer accounts and information concerning vehicle service appointments and vehicle payments; computer software for connecting remotely to computers or computer networks, for the enabling of access or entrance control, for using the internet, for compilation of driver data, for providing electronic software updates; computer software for automotive application for use in collecting, reading and processing driver relevant data and for use in operating and controlling entertainment systems, communication systems, internet access and navigation; software for provision of information regarding parking spaces for vehicles; gesture recognition software for use in vehicles; speech recognition software; software for viewing automobiles, for providing product information concerning automobiles and for configuring, customizing and ordering automobiles; diagnostic vehicle software; computer software, hardware and electric cables for use in diagnosis, repair, and maintenance of vehicles; electronic software and software updates, namely, downloadable computer software and associated data files for installing or updating computer software in the field of vehicles or in the field of vehicle maintenance and repair; software for managing and processing credit applications, financing contracts and lease contracts; credit screening software; software for customer relationship management; electrical control systems for land vehicles comprising electrical controllers, software, sensors, temperature controls, wireless and wired controllers and connectors for heating and air conditioning systems; electronic, optical, electromagnetic, and magnetic sensors for use in automated driving systems; electronic, optical and electromagnetic sensors for measuring distances of a vehicle to other objects and detecting the size and speed of objects surrounding a vehicle; optical and acoustic indicators of speed, direction, movement and position; database management software in the field of vehicles and vehicle parts; electronic databases in the field of automobiles recorded on |

| Mark | Reg. No. Reg. Date | Goods and Services |
|---|---|---|
|  |  | computer media; computer software for providing searchable or online databases of information and data in the field of vehicles, aftersales and parts logistics; electronic publications, namely, instruction manuals for vehicles, vehicle servicing recorded on computer media or in downloadable form; software for operating and using vehicle keys; electronic key fobs being remote control apparatus; battery chargers; apparatus and instruments for storing electric current; apparatus and instruments for regulating electric current; electrical cables; charging stations for electric vehicles; electrical power distribution units, boxes and blocks; voltage regulators for electric power; electric charging cables; bags specially adapted for electric cables; electric batteries for powering electric vehicles; integrated battery backup systems comprising a battery, an electronic measurement apparatus for use in the measurement of battery health and performance, and a remote computer software program that uses the foregoing data to trend, predict, and store data related to the health of the battery; tire pressure gauges; articles of protective clothing for wear by motorcyclists for protection against accident or injury, namely, motorcycle suits, footwear, protective helmets in Class 9<br><br>Retail store services and online retail store services in the field of motor vehicles, parts and accessories in Class 35 |
| BMW | 5333863 11-14-2017 | Metal keys for locks, metal key blanks, metal key chains and holders, metal key cylinders, metal name badges, and metal vehicle identification plates, namely, registration plates of metal and metal license plates; locks, namely, metal locks, metal bicycle locks, metal ignition switch locks, and locks of metal for vehicles; non-electric cables of metal in Class 6<br><br>Land vehicle engine parts, namely, distributor rotors, distributor caps, coils, automobile engine valve covers, engine cases, engine bearings, cylinder heads for engines, rocker arms, push rods, pistons, piston rings, oil coolers, crankcase breathers, oil tank plugs and caps, connecting rods, fuel injection modules, vehicle oil dip sticks, land vehicle oil pans, ignition parts, namely, ignition wires, ignition magnetos for engines, and points, air condensers, centrifugal fan condensers, axial fan condensers, ignition parts for internal combustion engines in the nature of condensers, intake manifolds, particulate filters for exhaust systems for internal combustion engines, compressors, engine seals, charge air coolers, fuel and air mixture regulators, fuel catalysts, pumps, fuel injectors, cylinders, and cylinder heads; motor mufflers; engine |

| Mark | Reg. No. Reg. Date | Goods and Services |
|---|---|---|
| | | exhaust systems comprised of pipes, collector and muffler; carburetors; anti-pollution devices in motors and engines; pneumatic control mechanism for motors and engines; filters for cleaning and cooling air for engines; air filters for vehicle motors and engines; particulate air filters for exhaust systems for internal combustion engines; cooling radiators for motors and engines; silencers for motors and engines; fans for motors and engines in Class 7<br><br>Lights for vehicles, automotive lighting headlights for vehicles, lighting apparatus for vehicles, lighting installations for vehicles, backup lights for vehicles, tail lights for vehicles, vehicle turn-signal light bulbs, light panels for land vehicles, spot lights for use in vehicles, vehicle brake lights, and rear lights for vehicles; air conditioners for vehicles, air conditioning apparatus and installations for vehicles; vehicle climate-control system for heating, and ventilation and air-conditioning; air filters for air conditioning units; heating apparatus for vehicles; defrosting apparatus for vehicles, and heaters and air conditioners for motor vehicles in Class 11<br><br>Land vehicles; electric vehicles, namely, electric cars, electric bicycles and electric motorcycles; automobiles, sports utility vehicles, light trucks, passenger cars, passenger trucks, motorcycles, motor scooters, mobility scooters, mopeds, and bicycles; parts and fittings for land vehicles, namely, structural parts for land vehicles; parts and fittings for land vehicles, namely, hoods, bodies, chassis, roofs, roof liners, doors, door sills, motors, engines, electric motors, motor grills, side grills being vehicle trim, transmissions, transmission shafts, transmission chains, driving chains, torsion bars, differentials, clutches, suspension springs, suspension systems, direction signals, horns, windshields, window, windscreen wipers, headlight wipers, fenders, drive belts, gears, gear boxes, reduction gears, axles, brakes and braking systems, brake discs, brake segments, brake blocks, brake pads, badges, bumpers, spoilers, side skirts, front splitters, brake air ducts, vehicle seats, headrests for vehicle seats, fitted seat covers, rack trunk bags for motorcycles and bicycles, caps for vehicle gas tanks, side mirrors, rear view mirrors, steering wheels, shock absorbers, safety belts, airbags, airbag covers, wheels, rims for vehicle wheels, hubcaps, hubs for vehicle wheels, inner tubes for pneumatic tires, tires for vehicles, valves for vehicle tires, valve stem caps for vehicle tires, anti-skid chains for tires, casings for |

| Mark | Reg. No. Reg. Date | Goods and Services |
|---|---|---|
| | | pneumatic tires, mudguards, anti-theft devices and alarms for vehicles, reversing alarms for vehicles, car sun blinds, trailer hitches for automobiles, hydraulic circuits for vehicles, torque converters, anti-glare devices for automobiles being sun visors, roof rack storage containers for automobiles, ski carriers for use on automobiles, luggage carriers and nets for automobiles, safety seats for children, saddlebags for motorcycles, pedals for motorcycles and bicycles, footrests for vehicles, panniers for motorcycles, handle bars for motorcycles and bicycles, roll bars for motor vehicles, connecting rods for land vehicles, other than parts of motors and engines; body kits comprised of external structural parts of automobiles; exterior and interior insignia badges for vehicles and vehicle parts, namely, insignia for vehicles in Class 12<br><br>Pens, pencils, notepads, notebooks, books in the field of automobiles, posters, calendars, and decals; printed materials, namely manuals, brochures, and catalogs pertaining to the features and controls, operation, maintenance, service and repair, and technical facts and specifications of motor vehicle; paper labels, adhesive labels, and adhesive stickers; boxes, namely, stationery boxes, cardboard boxes and paper boxes; shopping bags made of paper or cardboard, and containers, storage containers and packaging containers made of paper or cardboard; merchandise bags made of paper or cardboard in Class 16<br><br>Floor mats for vehicles, rubber mats, and carpeting for automobiles in Class 27<br><br>Toy push scooters, toy pedal cars, push toys in the shape of a car, pull-back toys in the shape of a car, remote controlled toy cars, scale model vehicles, toy cars, hobby kits for construction of model vehicles, toy replicas of vehicles, miniature toy cars, miniature toy motorcycles, toy tricycles for children, skateboards, skis, ski cases, and ski bags in Class 28 |
| BMW logo | 1170556<br>8-11-1981 | Repair and maintenance services for motor vehicles and motor vehicle engines in Class 37<br><br>Retail motor vehicle and motor vehicle engine dealership services in Class 42 |

| Mark | Reg. No. Reg. Date | Goods and Services |
|---|---|---|
| BMW logo | 1450212 8-4-1987 | Industrial chemicals for use in the automotive industry in Class 1<br><br>Paints for use in the automotive industry in Class 2<br><br>Cleaning, polishing, scouring and abrasive preparations; soaps in Class 3<br><br>Lubricants for use in the automotive industry in Class 4<br><br>First-aid kits in Class 5<br><br>Small items of metal hardware; identification plates and reinforcements therefor; transport containers and tanks; all for use in the automotive industry in Class 6<br><br>Machines for the automotive industry; ignition devices for internal combustion engines and parts thereof; carburetors; fuel injection pumps; transmissions, clutches in Class 7<br><br>Hand tools hand operated in Class 8<br><br>Electrical apparatus and instruments for low current fields, optical, measuring, signaling, monitoring, instruments; clothing for protection against fire and accidents, including footwear, protective helmets, sunglasses; apparatus for recording, transmission or reproduction of sound or images; recording discs in Class 9<br><br>Apparatus for lighting, for use in the automotive industry in Class 11<br><br>Land vehicles and parts thereof not included in other classes; engines; couplings and drive belts for land vehicles and parts thereof; vehicle registration plates; tow hooks; starters; exhaust pipes and mufflers; exhaust systems composed of exhaust pipes and mufflers; brakes; chassis; directional signals; vehicle axles; vehicle seats; suspensions; windowpanes; windshields; transmissions for land vehicles; horns; car bodies and parts thereof; steering linkages; steering wheels; air guide devices, namely, spoilers and air guide wings; wheels; rims for vehicle wheels; mirrors; shock absorbers; vehicle bumpers; ignition devices for land vehicle engines; vehicle accessories, namely, burglar alarms, theft protection devices, baggage carriers, safety |

| Mark | Reg. No. Reg. Date | Goods and Services |
|---|---|---|
| | | belts, safety cushions, ski carriers, sun visors, sun protecting glass panes, sun blinds, surfboard mounting supports, hazard warning lamps, wind deflectors, cigar lighters and cigarette lighters for automobiles; accessories for motorcycles, namely, theft protection devices, repair kits for tires, two-way communication sets, baggage containers, baggage carriers, saddlebags, roll bars, coverings in Class 12<br><br>Good in precious metals, their alloys or goods coated therewith, namely, ornamental articles, jewelry, horological and chronometric instruments in Class 14<br><br>Paper; goods made from paper and cardboard, namely, filter paper, cases and bags for packaging, badges, stickers, labels, self-adhesive plastic sheets for decorative purposes, printed matter; photographs; stationery; instructional and teaching material (except apparatus) in the form of printed matter; games; plastic materials for packaging, namely, envelopes, bags and films in Class 16<br><br>Goods made of leather namely, pocket wallets, key cases; travelling bags; umbrellas in Class 18<br><br>Goods made of wood or wood substitutes, namely; goods made of plastics, namely, transport containers, signboards, badges, labels, key pendants in Class 20<br><br>Brushes (except paint brushes) in Class 21<br><br>Textiles and textile goods, namely, cloths, flags, pennants in Class 24<br><br>Clothing, footwear; headgear; all for use in the automotive industry in Class 25<br><br>Pin badges; badges with safety pins; buttonhole badges in Class 26<br><br>Games and playthings in Class 28<br><br>Smokers' articles, namely, ashtrays (not of precious metals) in Class 34 |

| Mark | Reg. No. Reg. Date | Goods and Services |
|---|---|---|
| | | Advertising and business, namely, management consulting; procurement of contracts for the purchase and sale of goods; publicity services in Class 35<br><br>Insurance and financial, namely, credit brokerage, leading, insurance brokerage in Class 36<br><br>Repair and maintenance of motor vehicles in Class 37<br><br>Arranging of tours; travel agencies; agencies for transport of persons in Class 39<br><br>Education namely, educational courses for workers in Class 41 |
| (BMW logo) | 2752258<br>8-19-2003 | Cleaning preparations for use in the automotive field; polish, namely, automobile polish; car care products, namely, interior cleaner, wheel cleaner, car shampoo, leather care, and car wax in Class 3<br><br>Engine oils in Class 4<br><br>Metal key rings in Class 6<br><br>Vehicle parts, namely, engine covers in Class 7<br><br>Global positioning systems consisting of computers, computer software, transmitters, receivers and network interface devices in Class 9<br><br>Wheel stud locks; valve stem caps; bicycles; trailer hitch kits in Class 12<br><br>Watches in Class 14<br><br>Pens in Class 16<br><br>Backpacks; carry-all bags; duffel bags in Class 18<br><br>Cups in Class 21<br><br>Shirts; scarves; sweatshirts; wind resistant jackets in Class 25<br><br>Golf bags; golf balls; toy motorcycles; miniature toy vehicles in Class 28 |

| Mark | Reg. No. Reg. Date | Goods and Services |
|---|---|---|
| BMW logo | 3418573 4-29-2008 | Leasing services for motor vehicles; retail and wholesale financing services for motor vehicles; credit card services; online personal banking; online customer banking services for credit card, loan, finance and lease accounts; online credit applications and evaluations for credit card, loan, finance and lease accounts, namely, evaluation of credit worthiness of companies and private individuals; loan services; secured and unsecured commercial financing; insurance administration and brokerage in the field of motor vehicle in Class 36 |
| BMW logo | 4408161 9-24-2013 | Car rental in Class 39 |
| BMW logo | 5289890 9-19-2017 | Apparatus for recording, transmission and reproduction of data; data processing apparatus; data processors; data processing computers in motor vehicles; computer hardware; central processing units (CPU); computer peripherals; computer mice, mouse pads, blank USB flash drives; USB cables; USB charging ports for use in vehicles; USB dongles being wireless network adapters for USB multimedia connectivity; CD players; CD cases; DVD players; DVD machines; DVD cases; DVD systems comprising DVD players, tablet computers, video monitors, audio speakers, headphones, cables, and tablet or video monitor holders; audio and video recordings featuring images of or information about vehicles; cases for mobile phones; computer cases; laptop computer cases; tablet computer cases; vehicle cameras; vehicle rear view cameras; vehicle surround view camera systems comprising vehicle cameras, vehicle sensors for distance control and vehicle display monitors; thermal image cameras; headphones; loudspeakers; radios; audio speakers for vehicles; wireless transmitters and receivers; wireless speakers; solar-powered battery chargers; audio electronic components, namely, surround sound systems; entertainment systems comprising color screens and DVD drive, touch controllers and screens for installation in a vehicle for operation of vehicle functions; car navigation computers; computer software allowing users to search and determine the location of objects, people, places and points of interests on digital maps; computer software providing navigation and map information in the form of digital maps; pre-recorded CDs and DVDs featuring map updates for global positioning navigation systems; downloadable software consisting of map |

| Mark | Reg. No. Reg. Date | Goods and Services |
|---|---|---|
| | | updates for global positioning navigation systems; interactive game software; electronic data files featuring computer model versions of vehicles; computer-aided design (CAD) software for creating, viewing or reproducing data files of three-dimensional virtual models of vehicles; machine-readable computer programs for use in the reproduction of vehicle designs; computer-aided design (CAD) models of vehicles in the form of electronic data recorded on computer media; computer software for creating, viewing or reproducing 3D models of vehicles; software for use in monitoring, operating and control of vehicles; vehicle on-board computer hardware, software and monitors for automotive application for use in reading driver-relevant data, namely, traffic and weather conditions, travel destination information, and parking information, as well as in providing safety and convenience information, namely, information about route planning assistance, emergency roadside assistance, emergency call functions, stolen vehicle recovery assistance, remote door unlock assistance, operator-assisted calls and concierge services; vehicle on-board computer hardware, software and monitors for automotive application for use in operating and controlling entertainment systems, communication systems, internet access and navigation; computer application software for route planning and driver assistance, for use on mobile phones, portable media players, handheld computers and in automobiles; computer software in the nature of a mobile software application for use in remotely locating the location of a vehicle, for operating and controlling motor vehicle entertainment systems, communication systems, navigation systems, cooling and heating systems, and locking and unlocking systems, for accessing customer accounts and information concerning vehicle service appointments and vehicle payments; computer software for connecting remotely to computers or computer networks, for the enabling of access or entrance control, for using the internet, for compilation of driver data, for providing electronic software updates; computer software for automotive application for use in collecting, reading and processing driver relevant data and for use in operating and controlling entertainment systems, communication systems, internet access and navigation; software for provision of information regarding parking spaces for vehicles; gesture recognition software for use in vehicles; speech recognition software; software for viewing automobiles, for providing product information concerning automobiles and for configuring, customizing and ordering automobiles; diagnostic vehicle |

| Mark | Reg. No. Reg. Date | Goods and Services |
|---|---|---|
|  |  | software; computer software, hardware and electric cables for use in diagnosis, repair, and maintenance of vehicles; electronic software and software updates, namely, downloadable computer software and associated data files for installing or updating computer software in the field of vehicles or in the field of vehicle maintenance and repair; software for managing and processing credit applications, financing contracts and lease contracts; credit screening software; software for customer relationship management; electrical control systems for land vehicles comprising electrical controllers, software, sensors, temperature controls, wireless and wired controllers and connectors for heating and air conditioning systems; electronic, optical, electromagnetic, and magnetic sensors for use in automated driving systems; electronic, optical and electromagnetic sensors for measuring distances of a vehicle to other objects and detecting the size and speed of objects surrounding a vehicle; optical and acoustic indicators of speed, direction, movement and position; database management software in the field of vehicles and vehicle parts; electronic databases in the field of automobiles recorded on computer media; computer software for providing searchable or online databases of information and data in the field of vehicles, aftersales and parts logistics; electronic publications, namely, instruction manuals for vehicles, vehicle servicing recorded on computer media or in downloadable form; software for operating and using vehicle keys; electronic key fobs being remote control apparatus; battery chargers; apparatus and instruments for storing electric current; apparatus and instruments for regulating electric current; electrical cables; charging stations for electric vehicles; electrical power distribution units, boxes and blocks; voltage regulators for electric power; electric charging cables; bags specially adapted for electric cables; electric batteries for powering electric vehicles; integrated battery backup systems comprising a battery, an electronic measurement apparatus for use in the measurement of battery health and performance, and a remote computer software program that uses the foregoing data to trend, predict, and store data related to the health of the battery; tire pressure gauges; articles of protective clothing for wear by motorcyclists for protection against accident or injury, namely, motorcycle suits, footwear, protective helmets in Class 9<br><br>Retail store services and online retail store services in the field of motor vehicles, parts and accessories in Class 35 |

| Mark | Reg. No. Reg. Date | Goods and Services |
|---|---|---|
| BMW | 5333865 11-14-2017 | Metal keys for locks, metal key blanks, metal key chains and holders, metal key cylinders, metal name badges, and metal vehicle identification plates, namely, registration plates of metal and metal license plates; locks, namely, metal locks, metal bicycle locks, metal ignition switch locks, and locks of metal for vehicles; non-electric cables of metal in Class 6<br><br>Land vehicle engine parts, namely, distributor rotors, distributor caps, coils, automobile engine valve covers, engine cases, engine bearings, cylinder heads for engines, rocker arms, push rods, pistons, piston rings, oil coolers, crankcase breathers, oil tank plugs and caps, connecting rods, fuel injection modules, vehicle oil dip sticks, land vehicle oil pans, ignition parts, namely, ignition wires, ignition magnetos for engines, and points, air condensers, centrifugal fan condensers, axial fan condensers, ignition parts for internal combustion engines in the nature of condensers, intake manifolds, particulate filters for exhaust systems for internal combustion engines, compressors, engine seals, charge air coolers, fuel and air mixture regulators, fuel catalysts, pumps, fuel injectors, cylinders, and cylinder heads; motor mufflers; engine exhaust systems comprised of pipes, collector and muffler; carburetors; anti-pollution devices in motors and engines; pneumatic control mechanism for motors and engines; filters for cleaning and cooling air for engines; air filters for vehicle motors and engines; particulate air filters for exhaust systems for internal combustion engines; cooling radiators for motors and engines; silencers for motors and engines; fans for motors and engines in Class 7<br><br>Lights for vehicles, automotive lighting headlights for vehicles, lighting apparatus for vehicles, lighting installations for vehicles, backup lights for vehicles, tail lights for vehicles, vehicle turn-signal light bulbs, light panels for land vehicles, spot lights for use in vehicles, vehicle brake lights, and rear lights for vehicles; air conditioners for vehicles, air conditioning apparatus and installations for vehicles; vehicle climate-control system for heating, and ventilation and air-conditioning; air filters for air conditioning units; heating apparatus for vehicles; defrosting apparatus for vehicles, and heaters and air conditioners for motor vehicles in Class 11<br><br>Land vehicles; electric vehicles, namely, electric cars, electric bicycles and electric motorcycles; automobiles, sports utility |

| Mark | Reg. No. Reg. Date | Goods and Services |
|---|---|---|
| | | vehicles, light trucks, passenger cars, passenger trucks, motorcycles, motor scooters, mobility scooters, mopeds, and bicycles; parts and fittings for land vehicles, namely, structural parts for land vehicles; parts and fittings for land vehicles, namely, hoods, bodies, chassis, roofs, roof liners, doors, door sills, motors, engines, electric motors, motor grills, side grills being vehicle trim, transmissions, transmission shafts, transmission chains, driving chains, torsion bars, differentials, clutches, suspension springs, suspension systems, direction signals, horns, windshields, window, windscreen wipers, headlight wipers, fenders, drive belts, gears, gear boxes, reduction gears, axles, brakes and braking systems, brake discs, brake segments, brake blocks, brake pads, badges, bumpers, spoilers, side skirts, front splitters, brake air ducts, vehicle seats, headrests for vehicle seats, fitted seat covers, rack trunk bags for motorcycles and bicycles, caps for vehicle gas tanks, side mirrors, rear view mirrors, steering wheels, shock absorbers, safety belts, airbags, airbag covers, wheels, rims for vehicle wheels, hubcaps, hubs for vehicle wheels, inner tubes for pneumatic tires, tires for vehicles, valves for vehicle tires, valve stem caps for vehicle tires, anti-skid chains for tires, casings for pneumatic tires, mudguards, anti-theft devices and alarms for vehicles, reversing alarms for vehicles, car sun blinds, trailer hitches for automobiles, hydraulic circuits for vehicles, torque converters, anti-glare devices for automobiles being sun visors, roof rack storage containers for automobiles, ski carriers for use on automobiles, luggage carriers and nets for automobiles, safety seats for children, saddlebags for motorcycles, pedals for motorcycles and bicycles, footrests for vehicles, panniers for motorcycles, handle bars for motorcycles and bicycles, roll bars for motor vehicles, connecting rods for land vehicles, other than parts of motors and engines; body kits comprised of external structural parts of automobiles; exterior and interior insignia badges for vehicles and vehicle parts, namely, insignia for vehicles in Class 12<br><br>Pens, pencils, notepads, notebooks, books in the field of automobiles, posters, calendars, and decals; printed materials, namely manuals, brochures, and catalogs pertaining to the features and controls, operation, maintenance, service and repair, and technical facts and specifications of motor vehicle; paper labels, adhesive labels, and adhesive stickers; boxes, namely, stationery boxes, cardboard boxes and paper boxes; shopping bags made of paper or cardboard, and containers, storage containers and |

| Mark | Reg. No. Reg. Date | Goods and Services |
|---|---|---|
| | | packaging containers made of paper or cardboard; merchandise bags made of paper or cardboard in Class 16<br><br>Floor mats for vehicles, rubber mats, and carpeting for automobiles in Class 27<br><br>Toy push scooters, toy pedal cars, push toys in the shape of a car, pull-back toys in the shape of a car, remote controlled toy cars, scale model vehicles, toy cars, hobby kits for construction of model vehicles, toy replicas of vehicles, miniature toy cars, miniature toy motorcycles, toy tricycles for children, skateboards, skis, ski cases, and ski bags in Class 28 |
| BMW logo | 5333900<br>11-14-2017 | Metal keys for locks, metal key blanks, metal key chains and holders, metal key cylinders, metal name badges, and metal vehicle identification plates, namely, registration plates of metal and metal license plates; locks, namely, metal locks, metal bicycle locks, metal ignition switch locks, and locks of metal for vehicles; non-electric cables of metal in Class 6<br><br>Land vehicle engine parts, namely, distributor rotors, distributor caps, coils, automobile engine valve covers, engine cases, engine bearings, cylinder heads for engines, rocker arms, push rods, pistons, piston rings, oil coolers, crankcase breathers, oil tank plugs and caps, connecting rods, fuel injection modules, vehicle oil dip sticks, land vehicle oil pans, ignition parts, namely, ignition wires, ignition magnetos for engines, and points, air condensers, centrifugal fan condensers, axial fan condensers, ignition parts for internal combustion engines in the nature of condensers, intake manifolds, particulate filters for exhaust systems for internal combustion engines, compressors, engine seals, charge air coolers, fuel and air mixture regulators, fuel catalysts, pumps, fuel injectors, cylinders, and cylinder heads; motor mufflers; engine exhaust systems comprised of pipes, collector and muffler; carburetors; anti-pollution devices in motors and engines; pneumatic control mechanism for motors and engines; filters for cleaning and cooling air for engines; air filters for vehicle motors and engines; particulate air filters for exhaust systems for internal combustion engines; cooling radiators for motors and engines; silencers for motors and engines; fans for motors and engines in Class 7<br><br>Lights for vehicles, automotive lighting headlights for vehicles, lighting apparatus for vehicles, lighting installations for vehicles, |

{1000393;v1 }

| Mark | Reg. No. Reg. Date | Goods and Services |
|---|---|---|
| | | backup lights for vehicles, tail lights for vehicles, vehicle turn-signal light bulbs, light panels for land vehicles, spot lights for use in vehicles, vehicle brake lights, and rear lights for vehicles; air conditioners for vehicles, air conditioning apparatus and installations for vehicles; vehicle climate-control system for heating, and ventilation and air-conditioning; air filters for air conditioning units; heating apparatus for vehicles; defrosting apparatus for vehicles, and heaters and air conditioners for motor vehicles in Class 11 |
| | | Land vehicles; electric vehicles, namely, electric cars, electric bicycles and electric motorcycles; automobiles, sports utility vehicles, light trucks, passenger cars, passenger trucks, motorcycles, motor scooters, mobility scooters, mopeds, and bicycles; parts and fittings for land vehicles, namely, structural parts for land vehicles; parts and fittings for land vehicles, namely, hoods, bodies, chassis, roofs, roof liners, doors, door sills, motors, engines, electric motors, motor grills, side grills being vehicle trim, transmissions, transmission shafts, transmission chains, driving chains, torsion bars, differentials, clutches, suspension springs, suspension systems, direction signals, horns, windshields, window, windscreen wipers, headlight wipers, fenders, drive belts, gears, gear boxes, reduction gears, axles, brakes and braking systems, brake discs, brake segments, brake blocks, brake pads, badges, bumpers, spoilers, side skirts, front splitters, brake air ducts, vehicle seats, headrests for vehicle seats, fitted seat covers, rack trunk bags for motorcycles and bicycles, caps for vehicle gas tanks, side mirrors, rear view mirrors, steering wheels, shock absorbers, safety belts, airbags, airbag covers, wheels, rims for vehicle wheels, hubcaps, hubs for vehicle wheels, inner tubes for pneumatic tires, tires for vehicles, valves for vehicle tires, valve stem caps for vehicle tires, anti-skid chains for tires, casings for pneumatic tires, mudguards, anti-theft devices and alarms for vehicles, reversing alarms for vehicles, car sun blinds, trailer hitches for automobiles, hydraulic circuits for vehicles, torque converters, anti-glare devices for automobiles being sun visors, roof rack storage containers for automobiles, ski carriers for use on automobiles, luggage carriers and nets for automobiles, safety seats for children, saddlebags for motorcycles, pedals for motorcycles and bicycles, footrests for vehicles, panniers for motorcycles, handle bars for motorcycles and bicycles, roll bars for motor vehicles, connecting rods for land vehicles, other than parts of motors and engines; body kits comprised of external |

| Mark | Reg. No. Reg. Date | Goods and Services |
|---|---|---|
| | | structural parts of automobiles; exterior and interior insignia badges for vehicles and vehicle parts, namely, insignia for vehicles in Class 12

Pens, pencils, notepads, notebooks, books in the field of automobiles, posters, calendars, and decals; printed materials, namely manuals, brochures, and catalogs pertaining to the features and controls, operation, maintenance, service and repair, and technical facts and specifications of motor vehicle; paper labels, adhesive labels, and adhesive stickers; boxes, namely, stationery boxes, cardboard boxes and paper boxes; shopping bags made of paper or cardboard, and containers, storage containers and packaging containers made of paper or cardboard; merchandise bags made of paper or cardboard in Class 16

Floor mats for vehicles, rubber mats, and carpeting for automobiles in Class 27

Toy push scooters, toy pedal cars, push toys in the shape of a car, pull-back toys in the shape of a car, remote controlled toy cars, scale model vehicles, toy cars, hobby kits for construction of model vehicles, toy replicas of vehicles, miniature toy cars, miniature toy motorcycles, toy tricycles for children, skateboards, skis, ski cases, and ski bags in Class 28 |
| | 3431491 5-20-2008 | Motor vehicles, namely, automobiles, sport utility vehicles, and light trucks in Class 12 |
| | 3431482 5-20-2008 | Motor vehicles, namely, automobiles, sport utility vehicles, and light trucks in Class 12 |
| | 3431492 5-20-2008 | Motor vehicles, namely, automobiles, sport utility vehicles, and light trucks in Class 12 |

| Mark | Reg. No. Reg. Date | Goods and Services |
|---|---|---|
|  | 3431493 5-20-2008 | Motor vehicles, namely, automobiles, sport utility vehicles, and light trucks in Class 12 |