# EXHIBIT "3"

BROOKLANDS NEW MEDIA PRESENTS:

# BMW OF NORTH AMERICA

CELEBRATING 45 YEARS

A SPECIAL TRIBUTE PUBLICATION INDEPENDENTLY
PRODUCED IN HONOUR OF BMW OF NORTH AMERICA

A BROOKLANDS NEW MEDIA SPECIAL COMMEMORATIVE PUBLICATION



BROOKLANDS NEW MEDIA PRESENTS:

# BMW OF NORTH AMERICA

CELEBRATING 45 YEARS

> The BMW Group (BMW) operates a global network of manufacturing sites and dealerships, with around 131,200 employees in more than 140 countries worldwide. The group's activities in the Americas account for a significant proportion of its total revenue, and BMW of North America (BMW NA) is one of its key subsidiaries in the region.

BMW NA was established in the US in 1975 to take over the import and distribution of BMW branded vehicles, which had been available in the country since the 1950s. The company gained momentum over the following years with the introduction of several popular models, and began to distribute BMW motorcycles in 1980, followed by light trucks in 1999.

The company is headquartered in New Jersey, and is part of BMW's extensive network of sales locations that operate across the US. Its wide range of models includes sedans, coupés, convertibles and sports activity vehicles, and it offers a bespoke 'build your own' vehicle service, with a variety of customization options.

BMW NA is the official partner of New York's Monticello Motor Club, which offers exclusive driving experiences, track and venue rentals, and event services. The company is also involved in motorsports in the US, and has achieved impressive success during its ten-year partnership with Rahal Letterman Lanigan Racing.

This independently produced, commemorative publication will celebrate 45 years of BMW NA by outlining its history, profiling its current activities and highlighting its key achievements. Since its inception the company has become a vital element of BMW's operations in the Americas, and with its outstanding selection of vehicles and comprehensive range of services it will surely continue to build on its record of success in the coming years.



### PRESENTATION CASE

A select number of VIPs will receive the publication in the limited edition presentation case.

Brooklands New Media Ltd, PO Box 27,
Oswestry, Shropshire, SY11 2ZE, United Kingdom
Tel: +44 (0) 1691 680 778  •  Fax: +44 (0) 1691 680 773

Brooklands New Media LLC, 1000, 5th Street, Suite 200,
Miami Beach, Florida, 33139, USA
Tel: +1 (305) 370 3867  •  Fax: +1 (305) 723 7722
info@brooklandsnewmedia.com  •  www.brooklandsnewmedia.com



BROOKLANDS NEW MEDIA PRESENTS:

# BMW OF NORTH AMERICA
## CELEBRATING 45 YEARS

01 Decades of Development: Company History
02 Nationwide Network: BMW in the US
03 Style and Performance: Model Range
04 Glimpse of the Future: Concept Vehicles
05 Bespoke Creations: Customization Options
06 Applied Innovation: Advanced Technology
07 Meeting Needs: Finance and Insurance
08 Complete Package: Additional Activities
09 Exclusive Experiences: Monticello Motor Club
10 Built for Speed: BMW Motorsports
11 Giving Back: Social Investment
12 Ongoing Evolution: The Future of BMW NA

All orders are subject to our standard terms and conditions which can be viewed at:
www.brooklandsnewmedia.com/terms

This special edition is published independently and is not affiliated with sponsored or endorsed by BMW of North America or any other commercial, political or special interest group. All materials submitted are subject to the final approval of the publishers who are solely responsible for all content and marketing. There is no obligation to participate and you are free to decide independently if you would like to be featured. Please contact the publishers if you have any questions.

© Copyright Brooklands New Media Ltd,  Registered in England & Wales, Reg No: 3186635 VAT No: GB 670844617

✓ **Production:** Oversize A4 landscape hardback edition with premium-quality paper stock and high-resolution photography used throughout. Professionally printed, bound and delivered.

✓ **Content:** Original articles written exclusively for this book and not available elsewhere.

✓ **Readership:** Only very important and influential executives will receive the publication, addressed to them personally, ensuring advertisers are seen by the right audience in the right context. Selected VIPs will receive their personal edition in a custom-made clamshell box.

✓ **Longevity:** Our special editions are highly valued and cherished. Readers refer to our work on many occasions, showing publications to VIP visitors, high-level contacts, clients, family members and friends.

✓ **Quality:** Please note all material is checked to ensure it is of the highest quality. Your submitted advertising material must also be of the highest quality and accuracy.