# EXHIBIT "4"

BROOKLANDS NEW MEDIA PRESENTS:

# BMW OF NORTH AMERICA CELEBRATING 45 YEARS

### A SPECIAL COMMEMORATIVE PUBLICATION

## Invitation

We are delighted to invite you to participate in our special commemorative publication titled: "BMW of North America: Celebrating 45 Years".

Independently produced, this publication looks at the extraordinary development and success of BMW of North America over the past 45 years and highlights the significant milestones and achievements. Please find enclosed an overview of the publication.

Complimentary copies will be provided to VIPs at BMW of North America and throughout the industry. Print run: 10,000 copies.

If you would like to include a special advertising message or profile, the following options are available: Full Page, Color at $13,990 Net US Dollars or a Double Page, Color at $20,990.

We hope you welcome this invitation to participate in our special tribute edition, which is independently written and produced and is not affiliated with, sponsored or endorsed by BMW of North America or any commercial, governmental or special interest group. All advertisers are free to decide if they would like to take part as they would with any other media opportunity and to refer any publication questions to the publishers, as BMW of North America are not involved with any publication or advertising enquiries.

Thank you in advance for your consideration and we look forward to hearing from you.

Yours sincerely,

xxxxxxxxx
Brooklands New Media LLC
UK HQ Tel:  +44 (0) 1691 680 778 Fax: 773
xxxxxxxx@brooklandsnewmedia.com
www.brooklandsnewmedia.com/layouts - Login details available on request
**Please find enclosed a PDF overview**

Brooklands New Media LLC, 1000, 5th Street, Suite 200, Miami Beach, Florida, 33139, USA
Tel: 305 370 3867 Fax: 305 723 7722 e-mail: info@brooklandsnewmedia.com www.brooklandsnewmedia.com