UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:19-cv-22305-CMA

BMW OF NORTH AMERICA, LLC and
BAYERISCHE MOTOREN WERKE AG,

Plaintiffs,

v.

BROOKLANDS NEW MEDIA, LTD. and
BROOKLANDS NEW MEDIA, LLC,

Defendants.

_____

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES

Defendants, BROOKLANDS NEW MEDIA, LTD. and BROOKLANDS NEW MEDIA, LLC (collectively "Brooklands"), by and through undersigned counsel, and pursuant to Fed.R.Civ.P. 12, hereby file their Answer and Affirmative Defenses in response to Plaintiffs' Complaint, as follows:

## ANSWER

### PRELIMINARY STATEMENT

Unnumbered Paragraph 1[1]:  Brooklands admit that some of Plaintiffs' vehicles and trademarks appear in text and images in Brooklands brochure (which is a prototype of the final book) and final book entitled "BROOKLANDS NEW MEDIA PRESENTS: BMW OF NORTH

---

[1] The first five (5) paragraphs of the complaint are un-numbered in violation of Fed. R. Civ. P. 10(b), which states "A party must state its claims or defenses in numbered paragraphs …" These paragraphs should be stricken from the complaint. However, in the interest of economy, those five (5) paragraphs will be referred to as the "Unnumbered Paragraphs" and responded to herein.

AMERICA / CELEBRATING 45 YEARS," and to inviting numerous businesses in the automotive industry, including some BMW dealers, to place an advertisement in the book. Brooklands are without knowledge of the remaining allegations in this unnumbered paragraph, and therefore demand strict proof thereof.

Unnumbered Paragraph 2: Brooklands deny "exploiting" the BMW trademarks. The brochure, which bears the title "BROOKLANDS NEW MEDIA: BMW OF NORTH AMERICA - CELEBRATING 45 YEARS" speaks for itself.

Unnumbered Paragraph 3: Denied.

Unnumbered Paragraph 4: Denied.

Unnumbered Paragraph 5: Brooklands deny that they promised anyone access to VIPs at BMW, and have, among many other things, changed the reference to "VIPs throughout the automobile industry" instead of VIPs at BMW, without prejudice simply as a good faith gesture. Regarding BMW's allegation that it has "implored" Brooklands to reduce the size and prominence of BMW's trademarks and increase the size of disclaimers, Brooklands admits that BMW has demanded that changes be made to the book (which has yet to be published), some of which, although not previously requested by BMW in connection with other commemorative books which Brooklands has created about BMW, Brooklands has incorporated without prejudice into the book. Other changes demanded by BMW are so utterly without legal merit, Brooklands has refused to make. Brooklands denies that the changes it has made are "inconsequential." The remaining allegations of unnumbered paragraph 5 are denied.

## NATURE OF THE ACTION

1. Brooklands denies having infringed any of BMW's trademarks, and admits the remaining allegations in paragraph 1.

2. Denied.

3. Brooklands denies having made any unauthorized use of BMW's trademarks or otherwise having engaged in any unlawful activities, and admits the remaining allegations in paragraph 3.

4. Brooklands are without knowledge as to the truth or falsity of the allegations made in paragraph 4, and therefore deny same.

## THE PARTIES

5. Brooklands is without knowledge as to the truth or falsity of the allegations made in paragraph 5, and therefore deny same.

6. Admitted.

7. Admitted.

## JURISDICTION AND VENUE

8. Admitted.

9. Admitted.

10. Brooklands deny having engaged in any infringing activities, but otherwise admits the remaining allegations in paragraph 10.

## BMW AND ITS PRODUCTS AND SERVICES

11. Brooklands are without knowledge as to the truth or falsity of the allegations made in paragraph 11, and therefore deny same.

12. Brooklands are without knowledge as to the truth or falsity of the allegations made in paragraph 12, and therefore deny same.

13. Brooklands are without knowledge as to the truth or falsity of the allegations made in paragraph 13, and therefore deny same.

14. Brooklands are without knowledge as to the truth or falsity of the allegations made in paragraph 14, and therefore deny same.

15. Brooklands are without knowledge as to the truth or falsity of the allegations made in paragraph 15, and therefore deny same.

16. Brooklands are without knowledge as to the truth or falsity of the allegations made in paragraph 16, and therefore deny same.

17. Brooklands are without knowledge as to the truth or falsity of the allegations made in paragraph 17, and therefore deny same.

18. Brooklands are without knowledge as to the truth or falsity of the allegations made in paragraph 18, and therefore deny same.

19. Brooklands are without knowledge as to the truth or falsity of the allegations made in paragraph 19, and therefore deny same.

**BMW'S TRADEMARK REGISTRATIONS FOR THE BMW MARKS**

20. Brooklands are without knowledge as to the truth or falsity of the allegations made in paragraph 20, and therefore deny same.

21. Brooklands are without knowledge as to the truth or falsity of the allegations made in paragraph 21, and therefore deny same.

**BROOKLANDS' ALLEGEDLY INFRINGING ACTIONS**

22. Brooklands do not know what is meant by the term "presumably" in paragraph 22 and therefore are without knowledge in connection therewith, but otherwise admit the remaining allegations in this paragraph.

23. Brooklands do not know what is meant by the term "presumably" in paragraph 23 and therefore are without knowledge in connection therewith, but otherwise admit the remaining

allegations in this paragraph

24.     Brooklands do not know what is meant by the term "presumably" in paragraph 24 and therefore are without knowledge in connection therewith, but otherwise admit the remaining allegations in this paragraph

25.     Since "invitation" and "solicitation" are synonyms, and neither word connotes sinister motives, Brooklands admit the allegations in paragraph 25. The Invitation was sent to a small number of BMW dealers as well as a larger number of businesses in the auto industry.

26.     Admitted.

27.     Brooklands admit that BMW objected to any use <u>at all</u> of any BMW trademark in connection with the proposed Brooklands book (despite Brooklands' right to do so under the First Amendment and the fair use doctrine). Brooklands denies that there was any "misleading implication" created by any of its materials, and denies it represented that anyone at BMW would read the book. Brooklands merely stated, truthfully, that the book would be "provided" to persons at BMW. Brooklands denies that the book or the Invitation suggest an association, sponsorship, endorsement or approval by BMW. In fact, the cover page of Brooklands' book "overview," which is reproduced immediately below, identifies Brooklands, not BMW, as the publisher of the book, and contains the following disclaimer:

A SPECIAL TRIBUTE PUBLICATION INDEPENDENTLY PRODUCED BY BROOKLANDS NEW MEDIA IN HONOUR OF BMW OF NORTH AMERICA

THIS PUBLICATION AND THE ADVERTISERS FEATURED HEREIN ARE NOT AFFILIATED WITH, OR SPONSORED, ENDORSED, LICENSE, OR APPROVED BY, BMW AG OR BMW OF NORTH AMERICA, LLC.

A BROOKLANDS NEW MEDIA SPECIAL COMMEMORATIVE PUBLICATION

The front page of the overview, in which the above-referenced disclaimer appears, is as follows:



The Invitation likewise identifies Brooklands, not BMW, as the publisher of the book and contains a disclaimer, as follows:

## BROOKLANDS NEW MEDIA PRESENTS:

# BMW OF NORTH AMERICA CELEBRATING 45 YEARS

### A SPECIAL COMMEMORATIVE PUBLICATION

## Invitation

We are delighted to invite you to participate in our special commemorative publication titled: "BMW of North America: Celebrating 45 Years".

Independently produced, this publication looks at the extraordinary development and success of BMW of North America over the past 45 years and highlights the significant milestones and achievements. Please find enclosed an overview of the publication.

Complimentary copies will be provided to VIPs at BMW of North America and throughout the industry. Print run: 10,000 copies.

If you would like to include a special advertising message or profile, the following options are available: Full Page, Color at $13,990 Net US Dollars or a Double Page, Color at $20,990.

We hope you welcome this invitation to participate in our special tribute edition, which is independently written and produced and is not affiliated with, sponsored or endorsed by BMW of North America or any commercial, governmental or special interest group. All advertisers are free to decide if they would like to take part as they would with any other media opportunity and to refer any publication questions to the publishers, as BMW of North America are not involved with any publication or advertising enquiries.

Thank you in advance for your consideration and we look forward to hearing from you.

Yours sincerely,

Natalia Petrova
Brooklands New Media LLC
UK HQ Tel: +44 (0) 1691 680 778 Fax: 773
n.petrova@brooklandsnewmedia.com
www.brooklandsnewmedia.com/layouts - Login details available on request
**Please find enclosed a PDF overview**

Brooklands New Media LLC, 1000, 5th Street, Suite 200, Miami Beach, Florida, 33139, USA
Tel: 305 370 3867 Fax: 305 723 7722 e-mail: info@brooklandsnewmedia.com www.brooklandsnewmedia.com

7

Note the numerous references to Brooklands throughout the document, rendering it virtually impossible for one to be confused as to the source of the book. The cover e-mail sent to prospective advertisers with the overview and Invitation <u>also</u> identifies Brooklands as the publisher and specifies that the book is "independently produced.

28.	Admitted.

29.	Denied that the e-mail did not explain who Brooklands is. "Brooklands New Media" is referenced <u>10 times</u> in the e-mail, including in Brooklands' e-mail address. Brooklands admits the remaining allegations in paragraph 29.

30.	Admitted. Brooklands has placed advertisements for BMW in the past unrelated to the book which is the subject of this lawsuit. Thus, BMW has been a client of Brooklands.

31.	Admitted that the e-mail, Invitation and overview were sent to prospective advertisers and speak for themselves. Brooklands deny the remaining allegations in paragraph 31.

32.	Admitted.

33.	Denied.

34.	Brooklands deny that the statement quoted in paragraph 34 is inconspicuous and that Brooklands made no effort to "highlight, emphasize, or direct readers' attention to" the statement.

35.	Denied.

36.	Denied that the disclaimer statements are inconspicuous. To the contrary, they stand out starkly.

37.	Denied that the Brooklands book has not yet been created, that the print run statement is misleading, and that Brooklands does not intend to print 100,000 copies.

38.	Admitted.

39. Denied that the book is "non-existent."

40. Admit that Brooklands, pursuant to communications with BMW, agreed, as a compromise in an attempt to avoid costly litigation, to make changes to the book, Invitation and cover e-mail, but denied that Brooklands has "rejected BMW's request that those materials include prominent, conspicuously [sic], and truthful statements that BMW does not authorize, approve, license, sponsor, or endorse Brooklands' invitation, solicitation materials, or the Brooklands book."

41. Denied that Brooklands has not changed the subject line of its cover e-mails to include reference to Brooklands New Media.

## FIRST CLAIM FOR RELIEF
### Trademark Infringement Under Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1)

42. Brooklands repeats its answers to the allegations in paragraphs 1-41.

43. Denied.

44. Denied.

45. Denied.

46. Denied.

## SECOND CLAIM FOR RELIEF
### Trademark Infringement, False Designation of Original, and Unfair Competition Under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A)

47. Brooklands repeats its answers to the allegations in paragraphs 1-41.

48. Denied.

49. Denied.

50. Denied.

51. Denied.

### THIRD CLAIM FOR RELIEF
### Trademark Dilution Under Section
### 43(c) of the Lanham Act, 15 U.S.C. § 1125(c)

52. Brooklands repeats its answers to the allegations in paragraphs 1-41.

53. Brooklands is without knowledge as to the truth or falsity of the allegations made in paragraph 53, and therefore deny same.

54. Brooklands is without knowledge as to the truth or falsity of the allegations made in paragraph 54, and therefore deny same.

55. Denied.

56. Denied.

57. Denied.

58. Denied.

### FOURTH CLAIM FOR RELIEF
### Trademark Infringement, Unfair Competition, and Misappropriation
### Under Florida Statute § 495.131

59. Brooklands repeats its answers to the allegations in paragraphs 1-41.

60. Denied.

61. Denied.

62. Denied.

63. Denied.

### FIFTH CLAIM FOR RELIEF
### Trademark Dilution Under Florida Statute § 495.151

64. Brooklands repeats its answers to the allegations in paragraphs 1-41.

65. Brooklands is without knowledge as to the truth or falsity of the allegations made in paragraph 65, and therefore deny same.

66. Brooklands is without knowledge as to the truth or falsity of the allegations made

in paragraph 66, and therefore deny same.

67. Denied.

68. Denied.

69. Denied.

70. Denied.

## SIXTH CLAIM FOR RELIEF
## Common Law Trademark Infringement, Unfair Competition and Misappropriation

71. Brooklands repeats its answers to the allegations in paragraphs 1-41.

72. Denied.

73. Denied.

74. Denied.

75. Denied.

## SEVENTH CLAIM FOR RELIEF
## Declaratory Judgment

76. Brooklands repeats its answers to the allegations in paragraphs 1-41.

77. Denied.

78. Admitted.

79. Admitted.

80. Admitted.

**AFFIRMATIVE DEFENSES**

PRELIMINARY STATEMENT

Brooklands New Media has been one of the world's leading publishers of commemorative books dedicated to some of the most pre-eminent private, public and state-owned companies. Brooklands' books are artistic works of authorship which convey commentary and newsworthy information about the subjects of the books. Among the hundreds of Brooklands books have been:

(1) a 2001 tribute to BMW entitled "BMW - THE NEXT CENTURY - CELEBRATING THE 85-YEAR ANNIVERSARY OF BMW," to which a representative of BMW acclaimed in a letter to Brooklands: "Thank you very much for your interest in our company and your request for historical archive [sic] material in connection with your project to publish a special edition of your magazine titled: "BMW-The Next Century-Celebrating the 85-Year Anniversary of BMW. We are delighted to hear that you are working on it and will give you the necessary support."

(2) a 2018 tribute to BMW Group Mexico entitled "BMW GROUP MEXICO - CELEBRATING 25 YEARS."

(3) a 2012 tribute to Queen Elizabeth II entitled "A DIAMOND JUBILEE CELEBRATION - TRIBUTE TO HER MAJESTY, QUEEN ELIZABETH II," to which the Queen's private secretary acclaimed in a letter to Brooklands "The Queen has greatly appreciated receiving this wonderful book!"

Brooklands has always maintained the highest standards of journalistic ethics and product workmanship, and is recognized throughout the world as a preeminent author and publisher.

AFFIRMATIVE DEFENSE NO. 1:

<u>First Amendment right to free speech</u> – Brooklands' book does nothing more than provide historically accurate descriptions of BMW NA's history and fame. The title of the Brooklands book neither lacks artistic relevance to the underlying work nor explicitly misleads as to the source or content of the work. Moreover, the content of the book is protected by the First Amendment because it is newsworthy commentary about BMW North America, about which Brooklands has the right to freely express its/their views.

### AFFIRMATIVE DEFENSE NO. 2:

<u>Fair Use/Commentary</u> – Brooklands' book does nothing more than bestow favorable commentary and glowing praise on BMW North America and BMW products and engineering.

### AFFIRMATIVE DEFENSE NO. 3:

<u>Fair Use/News Reporting and News Commentary</u> – Brooklands' book does nothing more than report and comment on the 45th anniversary of BMW North America.

### AFFIRMATIVE DEFENSE NO. 4:

<u>Fair Use/Noncommercial Use</u> – Brooklands' book, and the solicitations for advertising in it, make noncommercial uses of BMW's trademarks.

### AFFIRMATIVE DEFENSE NO. 5:

<u>No Likelihood of Confusion</u> – Relevant consumers are not likely to be confused as to source, sponsorship or affiliation by Brooklands' use of BMW's marks.

### AFFIRMATIVE DEFENSE NO. 6:

<u>Acquiescence</u> – As BMW is aware, Brooklands has made two (2) prior very similar commemorative books about BMW in the past.  Not only did BMW never object to those books, but BMW actually embraced and enthusiastically supported both books.  Such conduct, or lack thereof, actively represented to Brooklands that BMW would not assert its trademark rights against

such books, the delay between Brooklands' production of its first book about BMW and the assertion of its rights in this lawsuit is inexcusable, and such delay has caused Brooklands prejudice. Therefore, BMW has acquiesced to Brooklands preparation of similar commemorative books about BMW.

### AFFIRMATIVE DEFENSE NO. 7:

<u>Waiver</u> – For the same reasons as stated in Affirmative Defense No. 6, BMW has waived its right, if it ever had one, to object to the book.

### AFFIRMATIVE DEFENSE NO. 8:

<u>Equitable estoppel</u> – Due to BMW's knowledge of Brooklands' prior BMW commemorative books, and silent acquiescence thereto, coupled with Brooklands' reliance on that silence and the material harm that has resulted to Brooklands as a result of BMW's current inconsistent claim, BMW is equitably estopped from asserting the claims which it asserts herein.

### AFFIRMATIVE DEFENSE NO. 9:

<u>No Actual Damages</u> - The Plaintiff has not suffered any actual damages.

### PRAYER FOR RELIEF

Brooklands respectfully requests that judgment be entered in favor of Defendants on all counts, that the relief sought by BMW be denied with prejudice, and that such other and further relief be entered in favor of Defendants as the Court deems just and proper, including an award of the attorney's fees and costs incurred by Defendants pursuant to 15 U.S.C. § 1117.

### **CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the

manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

  s/ Kevin P. Crosby, Esq.
Kevin P. Crosby, Esq. (Florida Bar No.: 654360)
kcrosby@rubinandrubin.com
RUBIN & RUBIN
8201 Peters Road, Suite 1000
Plantation, FL 33324
Telephone: (772) 761-8111
Facsimile: (772) 283-2009

# SERVICE LIST
*BMW of North America, LLC and Bayerische Motoren Werke AG,*
*vs.*
*Brooklands New Media, Ltd. and Brooklands New Media, LLC*
CASE NO: 1:19-cv-22305-CMA
United States District Court, Southern District of Florida, Miami Division

**Counsel for BMW of North America, LLC and Bayerische Motoren Werke AG**

Amy Lane Hurwitz, Esq.
Carlton Fields, P.A.
100 SE 2nd Street
Suite 4200
Miami, FL 33131
ahurwitz@carltonfields.com
ntorrado@carltonfields.com
miaecf@cfdom.net

Robert D. Litowitz, Esq.
David M. Kelly, Esq.
Clint A. Taylor, Esq.
Kelley IP, LLP
1300 19th Street, N.W., Suite 300
Washington, DC 20036
rob.litowitz@kelly-ip.com
david.kelly@kelly-ip.com
Clint.Taylor@kelly-ip.com