# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

**BMW NORTH AMERICA, LLC et al.**

    Plaintiff                                    Case No. 1:19-CV-22305-CMA

v.                                                    **REPORT OF**
                                                        **MEDIATION CONFERENCE**

**BROOKLANDS NEW MEDIA, LTD. et al.**

    Defendant.

---

COMES NOW the undersigned Mediator, sitting by stipulation of the Parties, and reports to this Honorable Court, and files this Mediation Report in accordance with the Court's Order entered on August 14, 2019.

The Mediation of this matter was held on Thursday, October 24, 2019 at 10:00 a.m., at the offices of Lott & Fischer PL, 255 Aragon Avenue, Third Floor, Coral Gables, Florida.

All required parties were present at the Mediation, having full authority to negotiate a settlement, including:

On behalf of Plaintiff, **BMW NORTH AMERICA, LLC et al.**

    Robert D. Litowitz, Esq., Kelly IP, LLP, counsel of record for Plaintiff; and

    Frances Marino, Esq., Corporate Counsel, BMW of North America, LLC

On behalf of Defendant, **BROOKLANDS NEW MEDIA, LTD. et al.**

    Kevin Crosby, Esq., counsel of record for Defendant; and

    Ms. Vesta Lall, Managing Member, Brooklands New Media, LLC

---

**LOTT & FISCHER, PL** • 255 Aragon Avenue • Third Floor • Coral Gables, Florida  33134
(305) 448-7089 telephone • (305) 446-6191 telefacsimile

Case No. 1:19-cv-22305-CMA

Counsel confirmed to the undersigned that there was full settlement authority on the part of all parties. The Parties met and negotiated in good faith for approximately 7 hours. A full and final settlement was reached on all issues, as a result of which the Parties filed a Joint Stipulation of Dismissal With Prejudice with the Court on October 25, 2019.

All other matters discussed at the Mediation remain privileged and confidential, unless otherwise agreed by all parties.

Dated: October 29, 2019                    Respectfully submitted,

**LOTT & FISCHER, PL**

s/Leslie J. Lott
Leslie J. Lott, Esq., Mediator
Florida Bar No. 182196
Email: ljlott@lottfischer.com
255 Aragon Avenue, Third Floor
Coral Gables, Florida   33134
Telephone:  305-448-7089
Facsimile:   305-446-6191

2
**LOTT & FISCHER, PL** • 255 Aragon Avenue • Third Floor • Coral Gables, Florida  33134
Telephone:  (305) 448-7089 • Facsimile: (305) 446-6191

Case No. 1:19-cv-22305-CMA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 29, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Leslie J. Lott
Leslie J. Lott, Esq.

## SERVICE LIST

**BMW North America, LLC et al. v. Brooklands New Media, Ltd. et al.**
**Case No. 1:19-cv-22305-CMA**
**United States District Court, Southern District of Florida**

**KELLY IP, LLP**
David M. Kelly, Esq.
Robert D. Litowitz, Esq.
Clint A. Taylor, Esq.
1300 19th Street, N.W., Suite 300
Washington, D.C.  20036
Telephone:  (202) 808-3570
david.kelly@kelly-ip.com
rob.litowitz@kelly-ip.com
clint.taylor@kelly-ip.com

*Attorneys for Plaintiff BMW North America, LLC et al.*

**RUBIN & RUBIN**
Kevin Patrick Crosby, Esq.
8201 Peters Road, Suite 1000
Plantation, Florida   33324
Telephone:  (954) 315-0224
kcrosby@rubinandrubin.com

*Attorney for Defendant Brooklands New Media Ltd. et al.*